```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMG NATIONAL TRUST BANK,             :
                                     :
            Plaintiff,               :    CIVIL ACTION
                                     :
    vs.                              :    No. 06-cv-4337
                                     :
STEPHEN C. RIES,                     :
                                     :
            Defendant.               :
```

## ORDER

AND NOW, this 3rd day of June, 2009, upon consideration of Plaintiff's Motion to Compel (Doc. No. 96) and Defendant's Response in Opposition (Doc. No. 98), it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part. It is further ORDERED that Defendant is DIRECTED to respond to Plaintiff's interrogatories, document requests and subpoenas as detailed in the proceeding Memorandum within twenty (20) days of the entry of this Order.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.