**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMG NAT'L TRUST BANK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-CV-4337 |
| | : | |
| STEPHEN C. RIES | : | (consolidated with |
| | : | NO. 09-CV-3061) |
| Defendant. | : | |

## ORDER

AND NOW, this 28th day of December, 2011, this Court having previously found Defendant Stephen C. Ries to have been in contempt of this Court's Temporary Restraining Order of October 3, 2006 and Preliminary Injunction of September 13, 2007 (Doc. No. 151), and following careful consideration of the evidence presented by the parties, Defendant Ries is hereby ORDERED to pay civil contempt sanctions in the amount of $109,591.10 to Plaintiff within ninety (90) days of the entry date of this Order.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.