**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMG NAT'L TRUST BANK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-CV-4337 |
| | : | |
| STEPHEN C. RIES, | : | (consolidated with |
| | : | NO. 09-CV-3061) |
| Defendant. | : | |

**ORDER**

AND NOW, this   28th   day of December, 2011, upon consideration of Defendants' Motion for Summary Judgment (Doc. Nos. 20 and 21), Plaintiff's Response in opposition thereto (Doc. Nos. 23 and 24), Defendants' Reply (Doc. No. 26) and Plaintiff's Sur-Reply (Doc. No. 28), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that as to Plaintiff's claim for breach of fiduciary duty against Defendant Ries, Defendants' Motion is GRANTED.  The Motion is otherwise DENIED.

                                BY THE COURT:

                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, C.J.